1 | DENISE M. HULETT  (No. 121553)
Mexican American Legal Defense and Educational Fund
2 | 915 Cole Street, No. 381
San Francisco, CA  94117
3 | Telephone: (415) 504-6901
Facsimile: (415) 504-8901
4 |
THOMAS A. SAENZ  (No. 159430)
5 | Mexican American Legal Defense and Educational Fund
634 S. Spring Street, 11th Floor
6 | Los Angeles, CA 90014
Telephone: (213) 629-2512
7 | Facsimile: (213) 629-0266

8 | CHRISTOPHER HO (No. 129845)
The Legal Aid Society - Employment Law Center
9 | 1663 Mission Street, Suite 400
San Francisco, CA  94103-2449
10 | Telephone: (415) 864-8848
Facsimile: (415) 864-8199
11 |
Attorneys for Plaintiffs
12 |
ROBERT D. McCALLUM, JR.
13 | Assistant Attorney General
DAVID W. SHAPIRO
14 | United States Attorney
RICHARD G. LEPLEY
15 | SUSAN K. ULLMAN
United States Department of Justice
16 | Civil Division, Federal Programs Branch
901 E Street, N.W., room 1020
17 | Washington, D.C.  20530
Telephone: (202) 616-0680
18 | Facsimile: (202) 616-8470

19 | Attorneys for Defendants

UNITED STATES DISTRICT COURT
20 | NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
21 | _____

MICHAEL BRIONEZ, *et al.*,                    )
22 |                                              )
                                  Plaintiffs,   )   No. C 01 3969 CW
23 |                                              )
                          v.                     )   ORDER GRANTING
24 |                                              )   PRELIMINARY
UNITED STATES DEPARTMENT OF           )   APPROVAL OF SETTLEMENT
25 | AGRICULTURE, *et al.*,                     )   AGREEMENT, METHOD OF
                                              )   PROVIDING NOTICE TO THE
26 |                                  Defendants.  )   CLASS, AND SCHEDULING
_____)   ORDER
27 |

28 | Order Granting Preliminary
Approval of Settlement Agreement
No. C 01 3969 CW

1    On June 27, 2002, plaintiffs and defendants applied for preliminary approval of a Settlement

2  Agreement, a form and method of dissemination of a class-action settlement notice, and a scheduling

3  order.

4    The Court, having reviewed the parties' moving papers, the proposed Settlement Agreement

5  between the parties, and the proposed form and method for providing class notice, finds, for good

6  cause, as follows:

7    1.  The Court has reviewed and considered the Settlement Agreement, the pleadings filed in this

8  case, the experience of counsel for the parties, and arm's-length nature of the negotiations, and finds

9  that a settlement along the terms described in the proposed Settlement Agreement is within the range of

10  possible final approval and appears to be fair, adequate and reasonable.

11    2.  The Court has also reviewed the proposed form of class-action settlement notice and finds it

12  comports with the requirements of Rule 23(e) of the Federal Rules of Civil Procedure.  The settlement

13  notice fairly describes the terms and provisions of the Settlement Agreement, advises class members of

14  the time and place of the Fairness Hearing, advises class members of how to register objections, and

15  describes the rights and responsibilities of class members in the settlement approval process in a

16  meaningful and informative way.

17    3.  The parties propose disseminating an electronic mail to all permanent employees of Region

18  5 of the Forest Service of the United States Department of Agriculture which will provide a link to a

19  website containing the Notice and the Settlement Agreement.  The parties will also disseminate a hard

20  copy of the Notice and the Settlement Agreement via U.S. mail to former permanent Hispanic

21  employees who have formal equal opportunity complaints based on non-selection because of race,

22  national origin, or retaliation currently pending before defendants.  The Court finds such notice is the

23  best notice practicable under the circumstances.

24

25

26

27

28  Order Granting Preliminary
Approval of Settlement Agreement
No. C 01 3969 CW                          - 2 -

1    Based upon the forgoing findings of fact and conclusions of law, it is HEREBY ORDERED

2  THAT:

3    1.  the Settlement Agreement between plaintiffs and defendants, attached hereto as Exhibit 1, is

4  preliminarily approved;

5    2.  the Notice of Proposed Settlement and Fairness Hearing, attached hereto as Exhibit 2, is

6  approved by this Court.  The electronic mail providing access to the Notice and the Settlement

7  Agreement shall be sent within **ten (10)** days of the date of this Order.  Hard copies of the Notice and

8  the Settlement Agreement will be mailed to class members who are former employees within **ten (10)**

9  days of the date of this Order.

10    3.  on  **October 18,  2002, at <u>10:00 a.m.</u>**, a hearing will be held at the United States District

11  Court, 1301 Clay Street, Courtroom 2, 4th Floor, Oakland, California, 94612, to determine the

12  fairness, reasonableness and adequacy of the terms and conditions of the Settlement Agreement

13  ("Fairness Hearing");

14    4.  any member of the settlement class may appear personally or by counsel at the Fairness

15  Hearing and may object or express his view regarding the Settlement Agreement, and may present

16  evidence, briefs, or other papers, that may be proper and relevant to the issues to be heard and

17  determined by this Court.  However, a settlement class member may not be heard at the Fairness

18  Hearing, nor be allowed to contest the approval of this Settlement Agreement, unless, before the date

19  set forth in the settlement notice, such person files with the Clerk of this Court, with copies to counsel

20  for plaintiffs and defendants, such person's objections, in writing, together with all papers to be

21  submitted to this Court at the Fairness Hearing;

22    5.  on or before the date fixed by this Court for the Fairness Hearing, the parties shall cause to

23  be filed with the Clerk of this Court a declaration from the appropriate Region 5 employee(s) showing

24  that the notice has been sent via electronic mail and U.S. mail in accordance with this Order;

25

26

27

28  Order Granting Preliminary
Approval of Settlement Agreement
No. C 01 3969 CW                              - 3 -

1    6. any response or opposition to the proposed Settlement Agreement shall be filed by **August**

2  **16, 2002**.  The parties may file a reply to any objections by **September 16, 2002**;

3    7. the Fairness Hearing may, from time to time, and without further notice to the Class, be

4  continued or adjourned by order of this Court;

5    8. if the parties are unable to reach an agreement on reasonable attorneys' fees and costs, after

6  the Fairness Hearing the Court will enter an order regarding whether and in what amount attorneys' fees

7  and reimbursement of expenses should be awarded to plaintiffs' counsel; and

8    9. pending final determination on approval of the Settlement Agreement, neither the named

9  plaintiffs nor any class member, either directly or in any other capacity, will commence or prosecute any

10  action or proceeding in any court or tribunal asserting any of the class claims against defendant Region

11  5.

12

13    **IT IS SO ORDERED** ON THIS 2nd DAY OF July, 2002.

14

15                                    /s/ CLAUDIA WILKEN
                                    THE HONORABLE CLAUDIA WILKEN
16                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28  Order Granting Preliminary
   Approval of Settlement Agreement
   No. C 01 3969 CW                    - 4 -