1  DENISE M. HULETT (No. 121553)
   Mexican American Legal Defense and Educational Fund
2  915 Cole Street, No. 381
   San Francisco, CA 94117
3  Telephone: (415) 504-6901
   Facsimile: (415) 504-8901
4  THOMAS A. SAENZ (No. 159430)
   Mexican American Legal Defense and Educational Fund
5  634 S. Spring Street, 11th Floor
   Los Angeles, CA 90014
6  Telephone: (213) 629-2512
   Facsimile: (213) 629-0266
7
   CHRISTOPHER HO (No. 129845)
8  The Legal Aid Society - Employment Law Center
   600 Harrison Street, Suite 120
9  San Francisco, CA 94107
   Telephone: (415) 864-8848
10 Facsimile: (415) 864-8199

11 Attorneys for Plaintiffs

12 ROBERT D. McCALLUM, JR.
   Assistant Attorney General
13 KEVIN V. RYAN
   United States Attorney
14 HENRY A. AZAR, JR.
   Assistant Branch Director
15 SUSAN K. ULLMAN
   United States Department of Justice
16 Civil Division, Federal Programs Branch
   20 Massachusetts Ave., NW
17 Washington, D.C. 20530
   Telephone: (202) 616-0680
18 Facsimile: (202) 616-8202

19 Attorneys for Defendants

FILED

JUL - 3 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BRIONEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | No. C 01 3969 CW <br><br> ATTORNEYS' FEES SETTLEMENT |

Attorneys' Fees Settlement
No. C 01 3969 CW

Plaintiffs and defendants, through their undersigned counsel, are entering into this Attorneys' Fees Settlement for the sole purpose of liquidating defendants' agreement to pay attorneys' fees and costs pursuant to Section VIII of the Settlement Agreement, which became effective December 22, 2002.

1. Defendants will pay to the Trust Account of Richard M. Pearl, the amount of $900,000, to cover attorneys' fees, expenses and costs of all counsel for plaintiffs and plaintiffs' class. This payment covers all attorneys' fees, expenses and costs for the period from the inception of the administrative action that preceded this litigation in 1989, through the end of calendar year 2002; it also includes all "fees-on-fees," and expenses and costs associated with them, incurred through the date of the signing of this Attorneys' Fees Settlement. The figure includes all interest through September 1, 2003; after that date interest will start to accrue at the rate set forth in 28 U.S.C. §1961.

2. Contingent upon receipt of payment pursuant to Paragraph 1 above, plaintiffs hereby release defendants from any past, present, or future claims for attorneys' fees, expenses, or costs for the periods set forth in Paragraph 1, and from any past, present or future claims for fees-on-fees with respect thereto. This provision does not affect defendants' obligations pursuant to Section VIII of the Settlement Agreement to pay reasonable attorneys' fees and costs generated in connection with the implementation of the underlying Settlement Agreement from January 1, 2003, through the end of the term of the Settlement Agreement.

3. This Attorneys' Fees Settlement does not constitute an admission on behalf of defendants that a specific amount of attorneys' fees is required to be paid, nor an admission of liability by defendants on any aspect of this case. This Attorneys' Fees Settlement will not be used in any manner to establish liability for fees, amounts, or hourly rates, in this or any other case or proceeding.

4. The terms of this Attorneys' Fees Settlement constitute the entire agreement of the parties as to attorneys' fees, expenses, and costs for the liability portion of this case, as well as the fees-on-fees activities through the date of the signing of the Attorneys' Fees Settlement, as set forth in Paragraph 1, and no prior statement, representation, agreement or understanding – oral or

Attorneys' Fees Settlement
No. C 01 3969 CW                                     - 2 -

1 | written – that is not contained herein, will have any force or effect with respect thereto.

2 |     5. The below signed counsel are authorized to enter into this Attorneys' Fees Settlement on behalf of their respective clients, and undersigned counsel for plaintiffs is authorized to enter into this Attorneys' Fees Settlement on behalf of all of his/her co-counsel. The parties agree that notice to the <u>Brionez</u> class is not necessary for the execution or implementation of this Attorneys' Fees Settlement.

IT IS SO STIPULATED:

ROBERT D. McCALLUM, JR.
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

Dated: June 12, 2003        By:        /s/ Susan K. Ullman
HENRY A. AZAR, JR.
Assistant Branch Director
SUSAN K. ULLMAN
Trial Attorney

Attorneys for Defendants

Dated: June 13, 2003        By:        /s/ Richard Pearl
RICHARD M. PEARL
1816 Fifth Street
Berkeley, California  94710

DENISE M. HULETT (No. 121553)
Mexican American Legal Defense and
Educational Fund

CHRISTOPHER HO (No. 129845)
The Legal Aid Society - Employment Law
Center

Attorneys for Plaintiffs

PURSUANT TO THE FOREGOING ATTORNEYS' FEES SETTLEMENT, IT IS SO APPROVED ON THIS 3rd DAY OF ~~JUNE~~ July 2003.

[signature]
THE HONORABLE CLAUDIA WILKEN
United States District Judge

Attorneys' Fees Settlement
No. C 01 3969 CW                - 3 -