1   DENISE M. HULETT  (No. 121553)
    Mexican American Legal Defense and Educational Fund
2   915 Cole Street, No. 381
    San Francisco, CA  94117
3   Telephone: (415) 504-6901
    Facsimile: (415) 504-8901
4   THOMAS A. SAENZ  (No. 159430)
    Mexican American Legal Defense and Educational Fund
5   634 S. Spring Street, 11th Floor
    Los Angeles, CA 90014
6   Telephone: (213) 629-2512
    Facsimile: (213) 629-0266
7
    CHRISTOPHER HO (No. 129845)
8   The Legal Aid Society - Employment Law Center
    600 Harrison Street, Suite 120
9   San Francisco, CA  94107
    Telephone: (415) 864-8848
10  Facsimile: (415) 864-8199

11  Attorneys for Plaintiffs

12  ROBERT D. McCALLUM, JR.
    Assistant Attorney General
13  KEVIN V. RYAN
    United States Attorney
14  HENRY A. AZAR, JR.
    Assistant Branch Director
15  SUSAN K. ULLMAN
    United States Department of Justice
16  Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW
17  Washington, D.C.  20530
    Telephone: (202) 616-0680
18  Facsimile: (202) 616-8202

19  Attorneys for Defendants

20                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
21                      OAKLAND DIVISION

22  _____
    MICHAEL BRIONEZ, et al.,                    )
23                                               )
                              Plaintiffs,        )   No. C 01 3969 CW
24                                               )
                       v.                        )   PROCESS FOR CLAIMING
25                                               )   IMPLEMENTATION FEES
    UNITED STATES DEPARTMENT OF                 )
26  AGRICULTURE, et al.,                        )
                                                 )
27                              Defendants.      )
    _____)

28  Process for Claiming
    Implementation Fees
    No. C 01 3969 CW

## PROCESS FOR CLAIMING IMPLEMENTATION FEES

Plaintiffs and defendants, through their undersigned counsel, are entering into this Process for Claiming Implementation Fees for the sole purpose of liquidating defendants' agreement pursuant to Section VIII of the Settlement Agreement to pay attorneys' fees and costs that are generated in connection with the implementation of the Settlement Agreement, which became effective on December 22, 2002.

1. For fees incurred on or after January 1, 2003, plaintiffs' counsels' fees and costs will be submitted bi-annually (twice a year), supported by time and expense records. Plaintiffs will have 30 days following the six-month period to submit the request, except the initial claim will be submitted on or before January 15, 2004. The parties agree that the initial claim will cover the period from January 1, 2003, through October 31, 2003, the second claim will cover from November 1, 2003, through June 30, 2004, and thereafter the submissions will be at six month intervals. Plaintiffs' counsel will take every reasonable step not to duplicate efforts in the implementation of the Settlement Agreement. Plaintiffs' claims will be governed by the terms of the Settlement Agreement and applicable case law. Plaintiffs agree to limit rates for 2003 to those claimed in their demand for fees in connection with the filing and settling of the action on the merits, with the understanding that plaintiffs' rates may increase on an annual basis for the remaining term of the Settlement Agreement if justified by market rate increases.

2. Defendants have 30 days after plaintiffs' submission of the request, to object to all or part of the request. Defendants will serve any objections on the Law Offices of Richard M. Pearl (or other designee of plaintiffs') by facsimile or e-mail.

3. The parties will then have 30 days to meet and confer (via telephone, correspondence or in person) over any contested objections.

4. If the parties fail to agree, plaintiffs will have 60 days after the meet and confer period expired to file a motion over any amounts remaining in dispute.

Process for Claiming
Implementation Fees
No. C 01 3969 CW                          - 2 -

1  5.  Payment can be made on a bi-annual basis.  Interest will not accrue on the undisputed

2  amounts for 90 days following plaintiffs' submission.  After the expiration of the 90 days, interest will

3  start to accrue.  As to any disputed fees, payment must be made within 90 days of the resolution of the

4  dispute, and interest will start to accrue 120 days after plaintiffs' submission of the claim.  Interest will

5  stop accruing on the date the Department of Justice submits the claim to the Department of the

6  Treasury.  However, if payment takes longer than 30 days after the Department of Justice's submission,

7  then the parties may re-negotiate this term.  The rate of interest paid would be pursuant to 28 U.S.C.

8  §1961(a).

9  6.  The parties agree that the time periods in this process supercede any applicable time limit or

10  procedures set forth in the Federal Rules of Civil Procedure, or the Local Rules of the Northern District

11  of California.

12  7.  The below signed counsel are authorized to enter into this Process for Claiming

13  Implementation Fees on behalf of their respective clients, and undersigned counsel for plaintiffs is

14  authorized to enter into this Process for Claiming Implementation Fees on behalf of all of his/her co-

15  counsel.  The parties agree that notice to the <u>Brionez</u> class is not necessary for the execution or

16  implementation of this Process for Claiming Implementation Fees.

Process for Claiming
Implementation Fees
No. C 01 3969 CW                    - 3 -

1   IT IS SO STIPULATED:                          ROBERT D. McCALLUM, JR.
                                                  Assistant Attorney General
2
                                                  KEVIN V. RYAN
3                                                 United States Attorney

4
    Dated:  December 10, 2003                     By:  ___/s/ Susan K. Ullman___
5                                                 HENRY A. AZAR, JR.
                                                  Assistant Branch Director
6                                                 SUSAN K. ULLMAN
                                                  Trial Attorney
7
                                                  Attorneys for Defendants
8
9   Dated:  December 9, 2003                      By:  ___/s/ Richard M. Pearl___
                                                  RICHARD M. PEARL
10                                                1816 Fifth Street
                                                  Berkeley, California  94710
11
                                                  DENISE M. HULETT (No. 121553)
12                                                Mexican American Legal Defense and
                                                  Educational Fund
13
                                                  CHRISTOPHER HO (No. 129845)
14                                                The Legal Aid Society - Employment Law
                                                  Center
15
                                                  Attorneys for Plaintiffs
16

17          THE FOREGOING PROCESS FOR CLAIMING IMPLEMENTATION FEES, IS

18   APPROVED ON THIS 15th DAY OF DECEMBER 2003.

19                                                /s/ CLAUDIA WILKEN

20                                                THE HONORABLE CLAUDIA WILKEN
                                                  United States District Judge
21

22

23

24

25

26

27

28   Process for Claiming
     Implementation Fees
     No. C 01 3969 CW                    - 4 -