1  DENISE M. HULETT (No. 121553)
   Of Counsel
2  Mexican American Legal Defense
     and Educational Fund
3  912 Cole Street, No. 381
   San Francisco, CA 94117
4  Phone: (415) 504-6901
   Fax:   (415) 504-8901
5
   THOMAS A. SAENZ, (No. 159430)
6  SHAHEENA A. SIMONS ( No. 225520)
   Mexican American Legal Defense
7    and Educational Fund
   634 S. Spring Street, 11th Floor
8  Los Angeles, CA 90014
   Phone: (213) 629-2512
9  Fax:   (213) 629-0266

10 CHRISTOPHER HO (No. 129845)
   William N. Nguyen (No. 215259)
11 The Legal Aid Society - Employment Law Center
   1663 Mission Street, Suite 400
12 San Francisco, CA 94103-2449
   Phone: (415) 864-8848
13 Fax:   (415) 864-8199

14 Attorneys for Plaintiffs

15
16                     UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA

18 | MICHAEL BRIONEZ, *et al.*,           | No. C 01-3969 CW
19 |                      Plaintiffs,     |
20 | v.                                   | [PROPOSED] ORDER RE
                                            PETITION TO WITHDRAW
21 | UNITED STATES DEPARTMENT             | AS COUNSEL
22 | OF AGRICULTURE, *et al.*,            |
23 |                      Defendants.     |

24
25
26
27
28

1  The petition to withdraw as counsel of Thomas A. Saenz is hereby granted.

2

3  Dated: 8/15/05

4  _____
   United States District Judge



IT IS SO ORDERED
Judge Claudia Wilken

[PROPOSED] ORDER RE PETITION
TO WITHDRAW AS COUNSEL              - 1 -              CASE No. C 01-3969 CW