IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRIONEZ, et al., | No. C-01-3969 CW |
|     Plaintiffs,<br>  v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br>    Defendants.<br>_____/ | ORDER EXTENDING TERM OF SETTLEMENT AGREEMENT |

Defendants move for entry of an order finding that they have discharged their obligations under the Hispanic Settlement Agreement (Agreement) and thus the Agreement should expire on February 14, 2006.  As will be explained in a following order, the Court finds that Defendants have not discharged their obligations under the Agreement.  Instead, the Court finds that Defendants are not in substantial compliance with Sections IV.B through IV.G and Section V, and that Defendants are in breach of Sections IV.A, IV.C and IV.D.  Pursuant to Section VII of the Agreement, the Court

orders the Agreement extended by one year.

IT IS SO ORDERED.

Dated: 2/10/06

_____
CLAUDIA WILKEN
United States District Judge