DENISE M. HULETT (No. 121553)
CHRISTOPHER HO (No. 129845)
WILLIE N. NGUYEN (No. 215259)
The Legal Aid Society - Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

SHAHEENA AHMAD SIMONS (No. 225520)
Mexican American Legal Defense and Educational Fund
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
STUART A. LICHT
Assistant Branch Director
SUSAN K. ULLMAN
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
Telephone: (202) 616-0680
Facsimile: (202) 616-8202

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BRIONEZ, *et al.*,<br><br>                              Plaintiffs,<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>                              Defendants. | No. C 01 3969 CW<br><br>ORDER GRANTING STIPULATED PROCESS FOR CLAIMING PREVIOUSLY DEFERRED ATTORNEYS' FEES AND COSTS |

Stipulated Process for Claiming
Previously Deferred Attorneys' Fees
No. C 01 3969 CW

### STIPULATED PROCESS FOR CLAIMING PREVIOUSLY DEFERRED ATTORNEYS' FEES AND COSTS

Plaintiffs and Defendants, through their undersigned counsel, are entering into this Stipulated Process for Claiming Previously Deferred Attorneys' Fees and Costs ("Stipulated Process") for the purpose of preserving the parties' rights pursuant to Section VIII of the Hispanic Settlement Agreement which provides that Plaintiffs' counsel "shall be entitled to reasonable attorneys' fees and costs under 42 U.S.C. § 2000e-5(k) (as appropriate), that are generated in connection with the filing of this action and the implementation of this Settlement Agreement. Defendants reserve the right to challenge any and all aspects of plaintiffs' counsel's and class counsel's applications for fees and costs."

1. On December 15, 2003, the Court approved the parties' stipulation as to Process for Claiming Implementation Fees. Pursuant to this stipulation, Plaintiffs' counsel submit their fees and costs to Defendants' counsel bi-annually (twice a year), 30 days following the end of each six-month period. The parties then attempt to negotiate a resolution of the fee request pursuant to the process set forth in the stipulation. Thus far, the parties have been able to resolve all fee issues without making any application to the Court.

2. On February 10, 2006, the Court issued an Order Extending Term of Settlement Agreement. The Court stated that its reasoning "will be explained in a following order." On March 30, 2006, the Court issued its Order Denying Defendants' Motion for Entry of Order that Defendants Have Discharged Their Obligations Under the Settlement Agreement, and Granting in Part and Denying in Part Plaintiffs' Motion for Contempt and for Enforcement of Court-Approved Settlement Agreement.

3. The parties previously have agreed to defer consideration of the fees and costs incurred by Plaintiffs' counsel in connection with the parties' motions reflected in the above orders, including notice procedures, the meet and confer process, and the Monitor's proceedings that preceded the motions ("the previously deferred attorneys' fees and costs"), until the Court issued its findings and conclusions. Now that the March 30 Order has issued, the parties agree

1  that Plaintiffs will submit their request for payment of their previously deferred fees to

2  Defendants by May 1, 2006.  The parties agree to then use the process set forth in the Process for

3  Claiming Implementation Fees to attempt to resolve the matter.

4      4. Undersigned counsel for Plaintiffs and the Plaintiff class is authorized to enter into

5  this Stipulated Process on behalf of all counsel for the Plaintiffs and the Plaintiff class.

6      5. The parties agree that notice to the <u>Brionez</u> class is not necessary for the execution or

7  implementation of this Stipulated Process.

8  IT IS SO STIPULATED:  PETER D. KEISLER
                                      Assistant Attorney General
9                                       KEVIN V. RYAN
10                                       United States Attorney

11 Dated: April 7, 2006  By: /s/ Susan K. Ullman
                                      STUART A. LICHT
12                                       Assistant Branch Director
                                      SUSAN K. ULLMAN
13                                       Senior Counsel

14                                       Attorneys for Defendants

15
16 Dated: April 7, 2006  By: /s/ Richard M. Pearl
                                      RICHARD M. PEARL
                                      1816 Fifth Street
17                                       Berkeley, California  94710

18                                       DENISE M. HULETT (No. 121553)
                                      CHRISTOPHER HO (No. 129845)
19                                       The Legal Aid Society - Employment Law
                                      Center
20
                                      Attorneys for Plaintiffs
21

22     THE FOREGOING STIPULATED PROCESS FOR CLAIMING PREVIOUSLY

23 DEFERRED ATTORNEYS' FEES FOR WORK PERFORMED PURSUANT TO SECTION

24 VII OF SETTLEMENT AGREEMENT, IS APPROVED ON THIS 18th DAY OF APRIL, 2006.

25                                       *[signature: Claudia Wilken]*

26                                       _____
                                      THE HONORABLE CLAUDIA WILKEN
27                                       United States District Judge

28 Stipulated Process for Claiming
   Previously Deferred Attorneys' Fees
   No. C 01 3969 CW  - 3 -