IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRIONEZ, et al., | No. C 01-3969 CW |
| Plaintiffs, | |
| v. | ORDER REGARDING REPORTING AND ENFORCEMENT PROCEDURE |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

The Court hereby approves the following reporting and enforcement procedure proposed by the Monitor:

1. On June 1, 2006, Defendants will provide to the Court, Plaintiffs and the Monitor:

   a) The semi-annual Monitoring Report required by § VI.D of the Hispanic Settlement Agreement (HSA), and

   b) A progress report on implementation of the additional remedial measures required by the Court's March 30, 2006 order (the Court's order).

2. On September 1, 2006, Defendants will provide to the Court, Plaintiffs and the Monitor a further report on implementation of the additional remedial measures

required by the Court's order, as well as progress on compliance with HSA § IV.A.1.

3. On October 2, 2006, the Monitor will provide to the Court, Defendants and Plaintiffs, her report on the Region's progress in compliance with the HSA and the additional remedial measures required by the Court's order.

4. On November 3, 2006, Plaintiffs will file their motion for enforcement or any other relief, except as to attorneys' fees, if they determine there is a need for such a motion.

5. On December 1, 2006,

   a) Defendants will provide to the Court, Plaintiffs and the Monitor the final Monitoring Report required by HSA § VI.D.6, as well as a further report on implementation of the additional remedial measures required by the Court's order, and

   b) Defendants will file their response to any opposition filed by Plaintiffs.

6. On December 22, 2006, Plaintiffs will file their response to any opposition filed by Defendants.

7. On January 12, 2007, the Court will hold its hearing on any motion filed by Plaintiffs.

IT IS SO ORDERED.

Dated: 5/15/06

CLAUDIA WILKEN
United States District Judge

2

```
cc:   Marci Seville
      Court Monitor
      Golden Gate University School of Law
      536 Mission Street
      San Francisco, CA  94105-2968
```