1  DENISE M. HULETT (No. 121553)
   CHRISTOPHER HO (No. 129845)
2  WILLIE N. NGUYEN (No. 215259)
   The Legal Aid Society - Employment Law Center
3  600 Harrison Street, Suite 120
   San Francisco, CA 94107
4  Telephone: (415) 864-8848
   Facsimile: (415) 864-8199
5
   SHAHEENA AHMAD SIMONS (No. 225520)
6  Mexican American Legal Defense and Educational Fund
   634 S. Spring Street, 11th Floor
7  Los Angeles, CA 90014
   Telephone: (213) 629-2512
8  Facsimile: (213) 629-0266

9  Attorneys for Plaintiffs

10 PETER D. KEISLER
   Assistant Attorney General
11 KEVIN V. RYAN
   United States Attorney
12 STUART A. LICHT
   Assistant Branch Director
13 SUSAN K. ULLMAN
   United States Department of Justice
14 Civil Division, Federal Programs Branch
   20 Massachusetts Ave., NW
15 Washington, D.C. 20530
   Telephone: (202) 616-0680
16 Facsimile: (202) 616-8202

17 Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BRIONEZ, *et al.*, | |
| Plaintiffs, | No. C 01 3969 CW |
| v. | ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THE SEVENTH SEMI-ANNUAL AND PROGRESS REPORTS |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

Stipulated Request for Order Extending Time
for Defendants to File Semi-Annual and Progress Reports
No. C 01 3969 CW

1  Pursuant to this Court's May 15, 2006, Order Regarding Reporting and Enforcement
2 Procedures, Defendants are to provide to the Court, Plaintiffs and the Monitor, today, June 1,
3 2006: (1) the semi-annual Monitoring Report required by § VI.D. of the Hispanic Settlement
4 Agreement; and (2) a progress report on implementation of the additional remedial measures
5 required by the Court's March 30, 2006, Order ("the Reports").
6  Defendants informed Plaintiffs' counsel that they have been diligently preparing the
7 Reports, but the progress report has taken more time to prepare than Defendants anticipated, and
8 Plaintiffs' counsel agreed to an eight-day extension, until June 9, 2006, for Defendants to provide
9 the Reports.  Defendants also contacted the Monitor, and she agreed to the extension.

Stipulated Request for Order Extending Time
for Defendants to File Semi-Annual and Progress Reports
No. C 01 3969 CW                                  - 2 -

1   The parties stipulate, subject to the Court's approval, that Defendants shall have until
2   June 9, 2006, to provide the Reports.

3

4   IT IS SO STIPULATED:                                PETER D. KEISLER
                                                        Assistant Attorney General
5                                                       KEVIN V. RYAN
                                                        United States Attorney
6                                                       STUART A. LICHT
                                                        Assistant Branch Director
7

8   Dated: June 1, 2006                                 By:   /s/ Susan K. Ullman
                                                        SUSAN K. ULLMAN
9                                                       Senior Counsel
                                                        United States Department of Justice
10
                                                        Attorneys for Defendants
11

12  Dated: June 1, 2006                                 By:   /s/ Denise M. Hulett
                                                        DENISE M. HULETT (No. 121553)
13                                                      CHRISTOPHER HO (No. 129845)
                                                        The Legal Aid Society - Employment Law
14                                                      Center

15                                                      Attorneys for Plaintiffs

16
        PURSUANT TO THE FOREGOING STIPULATION, DEFENDANTS SHALL
17
    PROVIDE THE SEMI-ANNUAL MONITORING REPORT AND THE PROGRESS REPORT
18
    ON OR BEFORE JUNE 9, 2006.  SO ORDERED ON THIS 8TH DAY OF JUNE, 2006.
19

20                                                      _____
                                                        THE HONORABLE CLAUDIA WILKEN
21                                                      United States District Judge

22

23

24

25

26

27

28  Stipulated Request for Order Extending Time
    for Defendants to File Semi-Annual and Progress Reports
    No. C 01 3969 CW                                   - 3 -