DENISE M. HULETT  (No. 121553)
CHRISTOPHER HO (No. 129845)
WILLIE N. NGUYEN (No. 215259)
The Legal Aid Society - Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

SHAHEENA AHMAD SIMONS (No. 225520)
Mexican American Legal Defense and Educational Fund
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
STUART A. LICHT
Assistant Branch Director
SUSAN K. ULLMAN
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C.  20530
Telephone: (202) 616-0680
Facsimile: (202) 616-8202

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BRIONEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. C 01 3969 CW <br><br> ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THE SEPTEMBER REPORT |

Stipulated Request for Order Extending Time
for Defendants to File the September Report
No. C 01 3969 CW

1       Pursuant to this Court's May 15, 2006, Order Regarding Reporting and Enforcement Procedures, Defendants are to provide to the Court, Plaintiffs and the Monitor, on September 1, 2006, a report on: (1) the continued implementation of the additional remedial measures required by the Court's March 30, 2006, Order; and (2) the progress on compliance with HSA § IV.A.1.

      Defendants' counsel contacted Plaintiffs' counsel and the Monitor to seek a one-week extension to provide the Report. Both Plaintiffs' counsel and the Monitor agreed to a 7-day extension, until September 8, 2006, for Defendants to provide the Report. The Monitor requested a corresponding extension for her Report, from October 2, 2006, until October 9, 2006.

      These extensions will not affect the other dates set forth in the Court's Order Regarding Reporting and Enforcement Procedures: on November 3, 2006, Plaintiffs will file their motion for enforcement or any other relief; on December 1, 2006, Defendants will file the final Monitoring Report as well as a further report on the implementation of the additional remedial measures and any response to Plaintiffs' filing; on December 22, 2006, Plaintiffs will file their response to Defendants' opposition; and on January 12, 2007, the Court will hold its hearing.

Stipulated Request for Order Extending Time
for Defendants to File the September Report
No. C 01 3969 CW                                    - 2 -

1     The parties stipulate, subject to the Court's approval, that Defendants shall have until September 8, 2006, to provide the Report, and the Monitor shall have until October 9, 2006, to provide her Report.

IT IS SO STIPULATED:

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
STUART A. LICHT
Assistant Branch Director

Dated: August 30, 2006

By:  /s/ Susan K. Ullman
SUSAN K. ULLMAN
Senior Counsel
United States Department of Justice

Attorneys for Defendants

Dated: August 30, 2006

By:  /s/ Denise M. Hulett
DENISE M. HULETT (No. 121553)
CHRISTOPHER HO (No. 129845)
The Legal Aid Society - Employment Law Center

Attorneys for Plaintiffs

    PURSUANT TO THE FOREGOING STIPULATION, DEFENDANTS SHALL PROVIDE THE REPORT ON THE ADDITIONAL REMEDIAL MEASURES AND PROGRESS ON COMPLIANCE WITH HSA § IV.A.1. ON OR BEFORE SEPTEMBER 8, 2006, AND THE MONITOR SHALL PROVIDE HER REPORT ON OR BEFORE OCTOBER 9, 2006.  SO ORDERED ON THIS _7TH__ DAY OF SEPTEMBER, 2006.

*Claudia Wilken*

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

Stipulated Request for Order Extending Time
for Defendants to File the September Report
No. C 01 3969 CW                                            - 3 -