IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRIONEZ, et al.,

        Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

        Defendants.

                                       /

No. 01-03969 CW

SEALING ORDER

    Good cause appearing,

    IT IS HEREBY ORDERED that the Confidential Appendix to the Monitor's Report and Exhibits A through D be filed under seal.

Dated  10/17/06

                                          CLAUDIA WILKEN
                                          United States District Judge